IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

GUADALUPE GARCIA, on behalf of himself and all other similarly situated persons, known and unknown, and EDGAR MALDONADO,

Plaintiff(s),

v.

ADVANCED MOVING AND STORAGE, INC. and JAMES LALAGOS,

Defendant(s).

Case No. 22-cv-07011
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Guadalupe Garcia and Edgar Maldonado and against defendant(s) Advanced Moving and Storage, Inc. and James Lalagos in the amount of $10,000.00, jointly and severally ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer on a Motion to Enforce Settlement Agreement [18].

Date: 2/2/2024

Thomas G. Bruton, Clerk of Court

Christina Presslak , Deputy Clerk